Writ refused. No error of law under the facts found by the Court of Appeal.

SANDERS, J., did not participate.

160 So.2d 225

**Clifton J. LYONS**

**v.**

**MARYLAND CASUALTY COMPANY.**

No. 47078.

Feb. 7, 1964.

In re: Clifton J. Lyons applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Lafayette. 158 So.2d 392.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

160 So.2d 225

**Simon GARY**

**v.**

**FIDELITY AND CASUALTY COMPANY OF NEW YORK.**

No. 47083.

Feb. 7, 1964.

In re: Simon Gary applying for certiorari or writ of review to the Court of

Appeal, Third Circuit, Parish of Iberia. 158 So.2d 866.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

160 So.2d 226

**Mrs. Leola ORRE**

**v.**

**K. B. HALE et al.**

No. 47085.

Feb. 7, 1964.

In re: Mrs. Leola Orre applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 159 So.2d 423.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment

160 So.2d 226

**Robert G. CHANDLER**

**v.**

**J. P. CRAIN.**

No. 47095.

Feb. 7, 1964.

In re: Robert G. Chandler applying for certiorari or writ of review to the Court of

Appeal, Second Circuit, Parish of Caddo. 159 So.2d 312.

Writ refused. No error of law.